IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------x
JOSEPH WHITE, :
on behalf of Plaintiff and a class, :
 :
Plaintiff, :
 : 1:21-cv-03018-ARR-RER
vs. :
 :
RADIUS GLOBAL SOLUTIONS LLC, :
 :
Defendant. :
---------------------------------------------------x

## STIPULATION TO DISMISS

Plaintiff Joseph White and Defendant Radius Global Solutions, LLC pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's individual claims against Defendant Radius Global Solutions, LLC with prejudice and without costs. Plaintiff Joseph White's class claims against Defendant Radius Global Solutions, LLC are dismissed without prejudice and without costs.

Dated: February 4, 2022

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus | s/ Aaron R. Easley (w/ consent) |
| Heather Kolbus | Aaron R. Easley |
| Attorney for Plaintiff Joseph White | Attorney for Defendant Radius Global |
| EDELMAN, COMBS, LATTURNER | Solutions, LLC |
| & GOODWIN, LLC | SESSIONS, ISRAEL & SHARTLE, LLC |
| 20 S. Clark Street, Suite 1500 | 3 Cross Creek Drive |
| Chicago, IL 60603 | Flemington, NJ 08822 |
| Tel: (312) 739-4200 | Tel: (908) 237-1660 |
| Fax: (312) 419-0379 | |

Abraham Kleinman
Attorney for Plaintiff Joseph White
KLEINMAN LLC
626 RXR Plaza
Uniondale, NY 11556-0626
Tel: (516) 522-2621

So ordered.

/s/(ARR)

1